July 28, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant

NO. 14-15-00629-CV                 V.

WILLIAM MICHAEL LEEBRON, II, E.J. KING, BRAZORIA COUNTY COMMISSIONERS COURT, AND MARLENE MOUCHETTE, Appellees

_____

      This cause, an appeal from the judgments in favor of appellees, William Michael Leebron, II, E.J. King, Brazoria County Commissioners Court, and Marlene Mouchette, signed March 30, 2015, April 9, 2015, and June 17, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment as to Brazoria County's request for declaratory judgment. We therefore order that the April 9, 2015 Order Granting Brazoria County's Declaratory Judgment is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

      Further, we find no error in the remainder of the judgments and order them **AFFIRMED**.

      We order that each party shall pay its costs by reason of this appeal.

      We further order this decision certified below for observance.